UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 21-cr-2025-JLS |
| v. | ) | |
| ANA RIVERA-NAVARRO, | ) | ORDER |
| Defendant. | ) | |

The United States of America and defendant ANA RIVERA-NAVARRO jointly move to continue the motion hearing/trial setting set for December 10, 2021, at 1:30 p.m.

For reasons stated in the joint motion, incorporated by reference herein, the Court finds good cause to continue the motion hearing/trial setting.

IT IS ORDERED that the joint motion is granted. The motion hearing/trial setting shall be continued to January 21, 2022 at 1:30 p.m.

For the reasons set forth in the joint motion, time is excluded from December 10, 2021 through the motion hearing to be heard on January 21, 2022, pursuant to Title 18, United States Code, Section 3161 (h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

Dated:  December 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge